FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISION

IN RE:

Michael D'Alonzo,            Bankruptcy No. 24-12212 pmm

      Debtor.

## CERTIFICATE OF SERVICE

I, Michael A. Cataldo, Esquire hereby certifies that a true and correct copy of the Debtor's Third Amended Plan was served electronically upon the following parties on the date set forth below and was served upon all interested parties by electronic means on the date set forth below.

Kwest@ph13trustee.com

Kenneth E. West, Trustee

bk@rgalegal.com

EMMANUEL J. ARGENTIERI on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP6

                                                RESPECTFULLY SUBMITTED,

Dated:    February 27, 2025          /s/ Michael A. Cataldo, Esquire
                                                Michael A. Cataldo, Esquire
                                                Gellert, Seitz, Busenkell & Brown, LLC
                                                901 Market Street
                                                Suite 3020, 3rd Floor
                                                Philadelphia, PA 19107
                                                mcataldo@gsbblaw.com